James REPPY, Appellant,

v.

Gary WINTERS, et al., Respondents.

No. WD 76597.

Missouri Court of Appeals,
Western District.

June 17, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 23, 2014.

Application for Transfer Denied Sept. 30, 2014.

Stephen G. Sanders and William Dirk VanDever, Kansas City, MO, for appellant.

James C. Morrow and M. Todd Moulder, Kansas City, MO, for respondents.

Division Three: MARK D. PFEIFFER, Presiding Judge, ALOK AHUJA, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

James Reppy appeals from the entry of judgment following a jury trial where the jury awarded him damages for personal injuries arising out of an automobile accident in the amount of $292,000. The judgment did not award Reppy pre-judgment interest though Reppy contends he was entitled to same as a matter of law pursuant to section 408.040. Because Reppy does not challenge on appeal each basis which could have supported the trial court's judgment refusing to award pre-judgment interest, we affirm. Rule 84.16(b).